IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EARL BAILEY, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 3:16-CV-1642-M | |
| § | | |
| DALLAS COUNTY SCHOOLS, § | | |
| DENNIS JOHNSON, JANICE SMITH, § | | |
| AARON HOBBS, and ROOSEVELT § | | |
| ARMSTRONG, § | | |
| Defendants. § | | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants' Motion to Dismiss Pursuant to Rule 12(b)(1) or 12(b)(6)*, filed July 1, 2016 (doc. 23), is **GRANTED**. By separate judgment, the plaintiff's claims against Dallas County Schools will be **DISMISSED without prejudice** for failure to exhaust administrative remedies, and the plaintiff's claims against Dennis Johnson, Janice Smith, Aaron Hobbs, and Roosevelt Armstrong will be **DISMISSED with prejudice** for failure to state a claim.

SIGNED this 4th day of January, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE