IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EARL BAILEY, § | |
|     Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:16-CV-1642-M |
| § | |
| DALLAS COUNTY SCHOOLS, § | |
| DENNIS JOHNSON, JANICE SMITH, § | |
| AARON HOBBS, and ROOSEVELT § | |
| ARMSTRONG, § | |
|     Defendants. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's motion to reopen his case is **DENIED**.

**SIGNED** this 6th day of March, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE